IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| DEBORAH LAUFER ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. |
| vs. ) | 1:20-CV-00228-LAG |
| ) | |
| SHREE VARAHI 2016 LLC, a ) | |
| Georgia Corporation ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on June 30, 2021.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Elizabeth G. Howard* |
| Tristan W. Gillespie | Elizabeth G. Howard |
| | |
| THOMAS B. BACON, P.A. | Barrickman Allred & Young LLC |
| 5150 Cottage Farm Rd. | 5775 Glenridge Dr Ne Ste E100 |
| Johns Creek, GA 30022 | Atlanta, GA 30328 |
| Gillespie.tristan@gmail.com | 404-252-2230 |
| 404-276-7277 | egh@bayatl.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |